CAROL L. NASON, on Behalf of JOHN B. NASON, III, an Infant, Respondent, v. JOHN NASON, Appellant.—

Order insofar as appealed from reversed on the law and the facts and application for increase denied. The undisputed proof as to the financial ability of the father to pay does not warrant the increase effected in the order appealed from. Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARVIS TROY GLEASON, Appellant.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY GROSS, Appellant.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ.

### (March 24, 1952.)

In the Matter of JEROME EDELMAN, an Attorney.— Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

In the Matter of the Application of LOUIS FRIED for Reinstatement as an Attorney.— Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

In the Matter of THEODORE I. WELENKEN, an Attorney.— Present — Carswell, Acting P. J., Johnston. Adel, Wenzel and MacCrate, JJ.

In the Matter of PATRICK E. ZAGARINO, an Attorney.— Present — Carswell, Acting P. J., Johnston. Adel, Wenzel and MacCrate, JJ.